UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SALINAS,<br><br>        Plaintiff,<br><br>  v.<br><br>GENERAL REINSURANCE CORP., et al.,<br><br>        Defendants. | Case No.: C 08-4588 PVT<br><br>**ORDER DENYING PLAINTIFF'S COUNSEL'S REQUEST TO APPEAR BY TELEPHONE; VACATING HEARING AND CASE MANAGEMENT CONFERENCE; AND DIRECTING PLAINTIFF TO CONSULT WITH DEFENSE COUNSEL TO SELECT A NEW DATE FOR THE HEARING AND CASE MANAGEMENT CONFERENCE** |

On February 4, 2009, Plaintiff's counsel e-filed a letter requesting permission to appear by telephone at the hearing on Defendants' motions to dismiss and the Case Management Conference currently scheduled for February 10, 2009. Based on the letter and the file herein,

IT IS HEREBY ORDERED that Plaintiff's counsel's request is DENIED.

IT IS FURTHER ORDERED that the pending hearing on Defendants' motions to dismiss and the Case Management Conference are VACATED.

IT IS FURTHER ORDERED that Plaintiff's counsel shall promptly confer with Defense counsel to select a new date for the hearing on Defendants' motions to dismiss and the Case Management Conference. The parties may select any Tuesday at either 10:00 a.m. or 2:00 p.m.[1]

Dated: *2/6/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] If the parties agree to a new date and time, Plaintiff's counsel shall inform court staff of the new date and time (408-535-5434) and the court will issue a notice for that date and time. If the parties cannot agree on a date and time, they may make a conference call to chambers (408-535-5434) and court staff will schedule the hearing and Case Management Conference.

ORDER, *page 1*