1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                               NORTHERN DISTRICT OF CALIFORNIA

10                                      SAN JOSE DIVISION

11

12   CITY OF SALINAS,                          )        Case No.: C 08-4588 PVT
                                                )
13                     Plaintiff,               )        **ORDER TO SHOW CAUSE WHY CASE**
                                                )        **SHOULD NOT BE STAYED PENDING**
14        v.                                    )        **COMPLETION OF PROCEEDINGS BEFORE**
                                                )        **WORKERS' COMPENSATION APPEALS**
15   GENERAL REINSURANCE CORP., et al.,         )        **BOARD; AND**
                                                )
16                     Defendants.              )        **ORDER CONTINUING CASE MANAGEMENT**
     _____        )        **CONFERENCE**

17

18        On February 24, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for

19   hearing on the Defendants respective motions to dismiss and the Case Management Conference.[1]

20   After the hearing, the court solicited supplemental briefing from the parties.  From the supplemental

21   briefs filed by the parties, it appears that all parties are also currently parties to proceedings before

22   the Workers' Compensation Appeals Board ("WCAB") that involves a dispute over the date of

23   Plaintiff's employee's injury and apportionment between any continuous injury and specific injury.

24   Based on the briefs and arguments submitted, and the file herein,

25        IT IS HEREBY ORDERED that, no later than May 15, 2009, any party objecting to a stay of

26   this action shall file a brief showing cause, if any, why this case should not be stayed pending the

27

28        [1]     The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

                                        ORDER, *page 1*

1  outcome of the proceedings before the WCAB.

2      IT IS FURTHER ORDERED that the Case Management Conference is continued to

3  2:00 p.m. on June 9, 2009.  The parties shall file a Supplemental Joint Case Management Conference

4  Statement no later than June 2, 2009.

5  Dated: *4/29/09*

6                                PATRICIA V. TRUMBULL

7                                United States Magistrate Judge

ORDER, *page 2*