1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SALINAS, ) | Case No.: CV 08-04588 PSG |
| Plaintiff, ) | **FURTHER SCHEDULING ORDER** |
| v. ) | |
| GENERAL REINSURANCE CORP., et al., ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that a status conference shall be held on Tuesday, March 15, 2011 at 2 p.m. and each party shall file a case status statement no later than Tuesday, March 8, 2011.

Dated: February 17, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER