UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SALINAS,<br><br>    Plaintiff,<br>v.<br><br>NATIONAL UNION FIRE COMPANY OF PITTSBURG, PA, et al.,<br><br>    Defendant. | Case No.: C 08-04588 PSG<br><br>**ORDER LIFTING STAY** |

On August 3, 2009, Judge Trumbull stayed this case pending the outcome of the Workers' Compensation Appeals Board proceedings or the satisfaction of two other conditions. Based on the representations of counsel, the Workers' Compensation Appeals Board proceedings have concluded. Accordingly,

IT IS HEREBY ORDERED that the stay is lifted.

IT IS FURTHER ORDERED that, as a status conference has been set for April 29, 2011 at 2 p.m, the parties shall submit a joint status conference statement no later than April 22, 2011.

Dated: March 25, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER