UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SALINAS, ) | Case No.: 08-CV-4588-PSG |
| ) | |
| Plaintiff, ) | **CASE MANAGEMENT ORDER** |
| v. ) | |
| ) | |
| NATIONAL UNION FIRE INSURANCE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On May 10, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case management conference. Based on the discussions held at the case management conference,

IT IS HEREBY ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply.

IT IS FURTHER ORDERED that the parties are referred to mediation. The parties shall promptly contact the court's ADR department to make the appropriate arrangements.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

Fact Discovery Cutoff ................................................................................November 10, 2011

Designation of Opening Experts with Reports............................................ December 1, 2011

Designation of Rebuttal Experts with Reports ........................................... December 15, 2011

Expert Discovery Cutoff............................................................................... January 12, 2012

1

Case No.: 08-4588
ORDER

Deadline(s) for Filing Discovery Motions ........................................ *See* Civil Local Rule 37-3

Last Day for Dispositive Motion Hearing[1] ........................... 10:00 a.m. on February 14, 2012

Final Pretrial Conference............................................................. 2:00 p.m. on April 17, 2012

Trial ........................................................................................... 9:30 a.m. on April 30, 2012

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: May 11, 2011

PAUL S. GREWAL
United States Magistrate Judge

---

[1] This is the last date for *hearing* dispositive motions. Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

[2] A copy of Judge Grewal's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."