

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF SALINAS,<br><br>                Plaintiff,<br>    v.<br><br>NATIONAL UNION FIRE COMPANY OF PITTSBURG, PA, et al.,<br><br>                Defendant. | Case No.: C 08-4588 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The court has been informed that the parties have reached a settlement, subject to City Council approval. Accordingly,

IT IS HEREBY ORDERED that the parties shall appear before the court on Tuesday, September 20, 2011 at 2 p.m. to show cause why the case should not be dismissed. All parties requesting to appear telephonically are instructed to contact CourtCall at 866-582-6878 to schedule telephonic appearance.

Dated: September 12, 2011

                                                            PAUL S. GREWAL<br>                                                            United States Magistrate Judge

ORDER